IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| KELLY WAGGONER and DARBEY SCHULTZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>-against-<br><br>U.S. BANCORP, a foreign corporation, and U.S. BANK NATIONAL ASSOCIATION, a foreign corporation,<br><br>Defendants. | CASE NO.: 5:14-cv-1626<br><br>Hon. Sara Lioi |

## MOTION FOR ADMISSION PRO HAC VICE OF ATTORNEY GREGG I. SHAVITZ

Plaintiffs, KELLY WAGGONER and DARBEY SCHULTZ, on behalf of themselves and others similarly situated, respectfully move this Court to admit Gregg I. Shavitz, of the law firm of Shavitz Law Group, P.A., be permitted to appear and participate as co-counsel for Plaintiff in this matter. In accordance with Local Rule 83.5(h), Plaintiffs state as follows:

Mr. Shavitz has been, and presently is a member in good standing of the Supreme Court of Florida. Mr. Shavitz' address, telephone number, facsimile number, and e-mail address are as follows:

> SHAVITZ LAW GROUP, P.A.
> 1515 S. Federal Highway, Suite 404
> Boca Raton, Florida 33432
> Telephone: (561) 447-8888
> Facsimile: (561) 447-8831
> Email: gshavitz@shavitzlaw.com

Mr. Shavitz' registration number in the Supreme Court of Florida is 11398.

The statement of Mr. Shavitz in support of this Motion is attached as **Exhibit "A".**

Therefore, Plaintiffs respectfully request that this Court permit Gregg I. Shavitz, Esq., of the law firm Shavitz Law Group, P.A. to appear on their behalf in this proceeding.

        Respectfully submitted,

        */s/ Robert E. DeRose*
        Robert E. DeRose, Esq. (0055214)
        **Barkan Meizlish Handelman Goodin DeRose Wentz, LLP**
        250 E Broad St, 10th Floor
        Columbus, Ohio 43215
        Telephone: (614) 221-4221
        Fax: (614) 744-2300
        Email: bderose@barkanmeizlish.com
        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was filed electronically on August 25, 2014 using the CM/ECF filing system which I understand will send a notice of electronic filing to all parties of record through the Court's system.

                                          Respectfully submitted,

                                          */s/ Robert E. DeRose*
                                          Robert E. DeRose, Esquire