IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| KELLY WAGGONER and DARBEY SCHULTZ, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br>    -against-<br><br>U.S. BANCORP, a foreign corporation, and U.S. BANK NATIONAL ASSOCIATION, a foreign corporation,<br><br>                Defendants. | CASE NO.: 5:14-cv-1626<br><br>Hon. Sara Lioi |

**MOTION FOR ADMISSION PRO HAC VICE
OF ATTORNEY JUSTIN M. SWARTZ**

     Plaintiffs, KELLY WAGGONER and DARBEY SCHULTZ, on behalf of themselves and others similarly situated, respectfully request that Justin M. Swartz, of the law firm of Outten & Golden LLP, be permitted to appear and participate as co-counsel for Plaintiffs in this matter.  In accordance with Local Rule 83.5(h), Plaintiffs state as follows:

     1.     Mr. Swartz has been, and presently is a member in good standing of the Bar of New York since July 24, 2002 (Registration No. 4059499), the United States District Court for the Southern and Eastern Districts of New York since September 3, 2002, and the U.S. Court of Appeals for the Second Circuit since April 11, 2007.

2. Mr. Swartz' address, telephone number, facsimile number, and e-mail address are as follows:

> OUTTEN & GOLDEN
> 3 Park Avenue
> 29th Floor
> New York, New York 10016
> Tel: (212) 245-1000
> Fax: (646) 509-2060
> E-mail: jms@outtengolden.com

3. Mr. Swartz has never been disbarred or suspended from practice before any court, department, bureau, or commission of any State or the United States, and has never received any reprimand from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

4. The affidavit of Mr. Swartz in support of this Motion is attached as **Exhibit A.**

Therefore, Plaintiffs respectfully request that this Court permit Justin M. Swartz, of the law firm of Outten & Golden LLP, to appear on their behalf in this proceeding.

Dated: September 18, 2014

Respectfully submitted,

*/s/ Robert E. DeRose*
Robert E. DeRose, Esq. (0055214)
**Barkan Meizlish Handelman Goodin DeRose Wentz, LLP**
250 E Broad St, 10th Floor
Columbus, Ohio 43215
Telephone: (614) 221-4221
Fax: (614) 744-2300
Email: bderose@barkanmeizlish.com

*Attorneys for Plaintiffs and the Collective*

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was filed electronically on September 18, 2014 using the CM/ECF filing system which I understand will send a notice of electronic filing to all parties of record through the Court's system.

        Respectfully submitted,

        */s/ Robert E. DeRose*
        Robert E. DeRose, Esquire