**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **KELLY WAGGONER and DARBEY SCHULTZ, on behalf of themselves and all others similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**U.S. BANCORP, a foreign corporation, and U.S. BANK NATIONAL ASSOCIATION, a foreign corporation,**<br><br>**Defendants.** | **Case No.: 5:14-cv-1626-SL**<br><br>**Judge Sara Lioi**<br><br>**Magistrate Judge Kathleen B. Burke** |

**DEFENDANTS' MOTION FOR ADMISSION OF EMILY C. SCHUMAN PRO HAC VICE**

Defendants U.S. Bancorp and U.S. Bank National Association (collectively "U.S. Bank") move this Court to admit Emily C. Schuman of the law firm of Winston & Strawn LLP, *pro hac vice*, so that she may serve as co-counsel for U.S. Bank in this matter. In accordance with Local Rule 83.5(h) U.S. Bank states as follows:

1. Ms. Schuman is an active member in good standing of the Bar of the State of California, without any restriction on her eligibility to practice. Ms. Schuman is admitted to practice before the Supreme Court of California and has been a member in good standing since she was first admitted to practice law in California in December 2010. Ms. Schuman's California bar registration number is 271915.

2. Ms. Schuman's address, telephone number, facsimile number, and e-mail address are as follows:

101 California Street
San Francisco, California 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
E-mail: eschuman@winston.com

3. Ms. Schuman has never been disbarred, suspended, or otherwise reprimanded by the bar of any state or of any other jurisdiction.

4. The declaration of Ms. Schuman in support of this Motion for Admission *Pro Hac Vice* is attached as Exhibit A pursuant to Local Rule 83.5(h).

5. The *pro hac vice* admission fee is being paid contemporaneously with the filing of this motion.

U.S. Bank, therefore, respectfully requests that this Court permit Emily C. Schuman of the law firm of Winston & Strawn LLP, to appear on its behalf in this proceeding *pro hac vice*.

Date: September 29, 2014

Respectfully submitted,

/s/ Michael J. Zbiegien, Jr.
David H. Wallace (0037210)
Michael J. Zbiegien, Jr. (0078352)
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302
Tel: (216) 241-2838
Fax: (216) 241-3707
Email: dwallace@taftlaw.com
mzbiegien@taftlaw.com

*Attorneys for Defendant*
*U.S. Bancorp and U.S. Bank National Association*

**CERTIFICATE OF SERVICE**

The foregoing was filed through the Court's electronic filing system this September 29, 2014. Notice of this filing will be sent to all parties listed on the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ _Michael J. Zbiegien, Jr.
Michael J. Zbiegien, Jr.