IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| KELLY WAGGONER and DARBEY SCHULTZ, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br>　-against-<br><br>U.S. BANCORP, a foreign corporation, and U.S. BANK NATIONAL ASSOCIATION, a foreign corporation,<br><br>　　　　　　　Defendants. | CASE NO.: 5:14-cv-1626<br><br>Hon. Sara Lioi |

## MOTION FOR ADMISSION PRO HAC VICE
## OF ATTORNEY MICHAEL N. LITROWNIK

　　　　Plaintiffs, KELLY WAGGONER and DARBEY SCHULTZ, on behalf of themselves and others similarly situated, respectfully request that Michael N. Litrownik, of the law firm of Outten & Golden LLP, be permitted to appear and participate as co-counsel for Plaintiffs in this matter.  In accordance with Local Rule 83.5(h), Plaintiffs state as follows:

　　　　1.　　Mr. Litrownik has been, and presently is a member in good standing of the Bar of New York since January 20, 2011 (Registration No. 4903589), and the U.S. Court of Appeals for the Second Circuit since February 7, 2012.

　　　　2.　　Mr. Litrownik's address, telephone number, facsimile number, and e-mail address are as follows:

　　　　　　OUTTEN & GOLDEN LLP
　　　　　　3 Park Avenue, 29th Floor
　　　　　　New York, New York 10016
　　　　　　Tel: (212) 245-1000
　　　　　　Fax: (646) 509-2060
　　　　　　E-mail: mlitrownik@outtengolden.com

3. Mr. Litrownik has never been disbarred or suspended from practice before any court, department, bureau, or commission of any State or the United States, and has never received any reprimand from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

4. The affidavit of Mr. Litrownik in support of this Motion is attached as **Exhibit A.**

Therefore, Plaintiffs respectfully request that this Court permit Michael N. Litrownik, of the law firm of Outten & Golden LLP, to appear on their behalf in this proceeding.

Dated: January 23, 2015  Respectfully submitted,

*/s/ Robert E. DeRose*
Robert E. DeRose, Esq. (0055214)
**Barkan Meizlish Handelman Goodin DeRose Wentz, LLP**
250 E Broad St, 10th Floor
Columbus, Ohio 43215
Telephone: (614) 221-4221
Fax: (614) 744-2300
Email: bderose@barkanmeizlish.com

*Attorneys for Plaintiffs and the Collective*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was filed electronically on January 23, 2015 using the CM/ECF filing system which I understand will send a notice of electronic filing to all parties of record through the Court's system.

        Respectfully submitted,

        */s/ Robert E. DeRose*
        Robert E. DeRose, Esquire