IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| KELLY WAGGONER and DARBEY SCHULTZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>-against-<br><br>U.S. BANCORP, a foreign corporation, and U.S. BANK NATIONAL ASSOCIATION, a foreign corporation,<br><br>Defendants. | CASE NO.: 5:14-cv-1626 |

## MOTION FOR ADMISSION PRO HAC VICE
## OF ATTORNEY SUSAN H. STERN

Plaintiffs, KELLY WAGGONER and DARBEY SCHULTZ, on behalf of themselves and others similarly situated, respectfully move this Court to admit Susan H. Stern, of the law firm of Shavitz Law Group, P.A., and that she be permitted to appear and participate as co-counsel for Plaintiffs in this matter. In accordance with Local Rule 83.5(h), Plaintiffs state as follows:

Ms. Stern has been, and presently is a member in good standing of the Supreme Court of Florida. Ms. Stern's address, telephone number, facsimile number, and e-mail address are as follows:

> SHAVITZ LAW GROUP, P.A.
> 1515 S. Federal Highway, Suite 404
> Boca Raton, Florida 33432
> Telephone: (561) 447-8888
> Facsimile: (561) 447-8831
> Email: sstern@shavitzlaw.com

Ms. Stern's registration number in the Supreme Court of Florida is 0857726.

The statement of Ms. Stern in support of this Motion is attached as **Exhibit "A".**

Therefore, Plaintiffs respectfully request that this Court permit Susan H. Stern, Esq., of the law firm Shavitz Law Group, P.A. to appear on their behalf in this proceeding.

Dated: November 19, 2015.

    Respectfully submitted,

    */s/ Robert E. DeRose*
    Robert E. DeRose, Esq. (0055214)
    **Barkan Meizlish Handelman Goodin DeRose Wentz, LLP**
    250 E Broad St, 10th Floor
    Columbus, Ohio 43215
    Telephone: (614) 221-4221
    Fax: (614) 744-2300
    Email: bderose@barkanmeizlish.com
    *Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was filed electronically on November 19, 2015 using the CM/ECF filing system which I understand will send a notice of electronic filing to all parties of record through the Court's system.

                      Respectfully submitted,

                      */s/ Robert E. DeRose*
                      Robert E. DeRose, Esquire