# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **KELLY WAGGONER and DARBEY SCHULTZ, on behalf of themselves and all others similarly situated,**<br><br>     **Plaintiffs,**<br> -against-<br><br>**U.S. BANCORP, a foreign corporation, and U.S. BANK NATIONAL ASSOCIATION, a foreign corporation,**<br><br>     **Defendants.** | CASE NO.: 5:14-cv-1626 |

**STATEMENT OF SUSAN H. STERN IN SUPPORT OF
MOTION FOR ADMISSION PRO HAC VICE**

  Pursuant to Local Civil Rule 83.5(h), I, Susan H. Stern, counsel for the Plaintiffs, moves for admission to appear in this action *Pro Hac Vice* and certifies that:

  (1) I am a member in good standing of the highest court of the State of Florida;

  (2) My business address is Shavitz Law Group, P.A., 1515 S. Federal Highway, Suite 404, Boca Raton, Florida 33432;

  (3) My business phone number is (561) 447-8888, my business fax number is (561) 447-8831, and my email address is sstern@shavitzlaw.com.

  (4) I was admitted to the Supreme Court of Florida on September 21, 1990;

  (5) My Supreme Court of Florida Bar Number is 0857726;

  (6) I have never been suspended or disbarred from practice by any court, department, bureau or commission of any State or the United States; and

(7) I have never received a reprimand from any court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: <u>November 19, 2015</u>.

<u>/s/ Susan H. Stern</u>
Susan H. Stern
SHAVITZ LAW GROUP, P.A.
1515 S. Federal Highway, Suite 404
Boca Raton, Florida 33432
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
