IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **KELLY WAGGONER and DARBEY SCHULTZ, on behalf of themselves and all others similarly situated,**<br><br>　　　　　　　**Plaintiffs,**<br>　　-against-<br><br>**U.S. BANCORP, a foreign corporation, and U.S. BANK NATIONAL ASSOCIATION, a foreign corporation,**<br><br>　　　　　　　**Defendants.** | CASE NO.: 5:14-cv-1626<br><br>Hon. Sara Lioi |

### ORDER GRANTING SUSAN H. STERN ADMISSION PRO HAC VICE

　　Upon motion, Susan H. Stern, Esq., is hereby **GRANTED** leave to appear *Pro Hac Vice* and participate as Of Counsel Attorney, on behalf of Plaintiffs.

　　SO ORDERED THIS _____ day of _____ 2015.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JUDGE SARA LIOI
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　　　　　　　　　　　　　　　　　NORTHERN DISTRICT OF OHIO